**DISMISS and Opinion Filed April 5, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00870-CV**

**ERICA ROSS, Appellant**
**V.**
**THE ESTATE OF ANNIE LOISE GRAY DONALD MORTON,**
**EXECUTOR, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-03427-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

After appellant failed to timely file her brief, we directed appellant by postcard to file the brief within ten days and cautioned her that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

210870F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ERICA ROSS, Appellant

No. 05-21-00870-CV  V.

THE ESTATE OF ANNIE LOISE
GRAY DONALD MORTON,
EXECUTOR, Appellee

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-21-03427-
C.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is

Judgment entered April 5, 2022